FILED

JAN 29 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___CF___ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Omar Alejandro RAMIREZ-Dominguez,<br><br>Defendant. | Case No.: **18MJ11651**<br>'19 CR0190 LAB<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on December 21, 2018, to determine whether defendant Omar Alejandro RAMIREZ-Dominguez, should be held in custody pending trial on the grounds that he is a flight risk. Assistant United States Attorney Andrew Chiang appeared on behalf of the United States. James Johnson of Federal Defenders of San Diego, Inc. on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services report, and the criminal complaint issued against the Defendant on December 18, 2018, by this Court, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant.

# I

# FINDINGS OF FACT

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1))</u>:

1. The Defendant is charged in Criminal Complaint No. 18MJ11651 with Transportation of Illegal Aliens, in violation of Title 8 U.S.C., Section 1324(a)(1)(A)(ii). Therefore, probable cause exits to believe the Defendant committed the charged offense.

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

On December 18, 2018, Border Patrol Agents (BPAs) were patrolling the United States/Mexico International Border approximately 18 miles east of the Calexico, California West Port of Entry. At approximately 1:35 a.m., BPAs Remote Surveillance System operators advised BPAS working in the area that the Pacific Coast Air and Marine Operations Center notified them that an unidentified aircraft had crossed the U.S./Mexico Border near the I-8 and Highway 98 junction. BPAs responded to the location, and observed a Dodge Neon driving away from the suspected landing location at a high rate of speed.

Agents pursued the vehicle. The vehicle pulled over to the side of the road. The driver, Omar Alejandro RAMIREZ-Dominguez (RAMIREZ), exited the Dodge. BPAs were able to detain RAMIREZ without incident. RAMIREZ started to say, "I'm doing this for my family for Christmas," and "this is my first time." Two helmets and gloves were found in the Dodge. Material Witnesses were apprehended. They admitted they crossed illegally on a glider type plane, and one of them said he was given a helmet and other clothing for the flight.

C. <u>History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3))</u>:

1. Defendant is a citizen of Mexico.

2. Defendant resides in Mexico.

3. Defendant has no legal right to remain or work in the United States as he possessed only a Border Crossing card.

4. Defendant does not have significant ties to the United States.

2

D. <u>Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4))</u>:

    1. The government proffered no evidence to suggest that release of the defendant would pose a danger to any person or the community.

## II

## <u>REASONS FOR DETENTION</u>

A. There is probable cause to believe that the Defendant committed the offense charged in Criminal Complaint No. 18MJ11651, with Transportation of Illegal Aliens, in violation of Title 8 U.S.C., Section 1324(a)(1)(A)(ii).

B. Defendant is a citizen and resident of Mexico.

C. Defendant lacks status in the United States except for a Border Crossing Card, which has now been confiscated.

D. Defendant lacks signified ties to the United States.

## III

## <u>ORDER</u>

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

| | |
|---|---|
| 1 | While in custody, upon order of a court of the United States or upon the request of an |
| 2 | attorney for the United States, the person in charge of the correctional facility shall deliver |
| 3 | the Defendant to the United States Marshal for the purpose of an appearance in connection |
| 4 | with a court proceeding or any other appearance stipulated to by defense and government |
| 5 | counsel. |

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

Prepared by:

ROBERT S. BREWER, JR.
United States Attorney

_____
ANDREW CHIANG
Assistant United States Attorney

cc: James Johnson
 Federal Defenders of San Diego, Inc.